AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>WOOD, KIMBA M | 2. Court or Organization<br><br>U.S. District Court, SDNY | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New York City Ballet, Inc. |
| 2. Board Member | CEELI Institute |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 16 A 10:09
RECEIVED
FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 (various) | Rockefeller Brothers Fund - Committee Fees |
| 2. 2007 (various) | Sonic Corp. - various Board & Committee Fees |
| 3. 2007 (various) | Park Avenue Equity, Harding Services, Vestar, Lehman Brothers & Bear Stearns Merchant Bank - Fee Income |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Goldman, Sachs | Margin Account | P2 |
| 2. | Citibank | Line of Credit | P2 |
| 3. | Citibank | Line of Credit | P2 |
| 4. | Citibank | Line of Credit | P1 |
| 5. | ENM, Inc. | Escrow Account | J |
| 6. | Vestar | Loans | K |
| 7. | Citibank | Rental Property Mortgage | N |
| 8. | Citibank | Unsecured Term Note | P1 |
| 9. | American Express | Credit Card | K |
| 10. | Citibank | Credit Card | J |
| 11. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Kimba M. Wood                                    MAY, 2008

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 1 EXXON CORP COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 2 CREST FUND LP (IRA) (SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | T | | | | | |
| 3 NEW YORK URB DEV CORP ZERO COUPON BOND<br>(SEE NOTE 2 IN SECTION VIII) | A | OID | | | PARTIAL SALE | 1/2 | J | C | |
| 4 | | | | | SOLD | 2/26 | J | D | |
| 5 GOLDMAN SACHS BANK DEPOSIT #1 | B | INTEREST | K | T | | | | | |
| 6 GOLDMAN SACHS BANK DEPOSIT #2 | A | INTEREST | J | T | | | | | |
| 7 AMERICA MOVIL COMMON STOCK | B | DIVIDEND | L | T | PURCHASE | 2/9 | L | | |
| 8 BLACKROCK INC COMMON STOCK | B | DIVIDEND | M | T | PARTIAL SALE | 12/13 | K | D | |
| 9 CONOCOPHILLIPS COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 10 FEDEX CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 11 HEWLETT-PACKARD CO COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 12 HOME DEPOT COMMON STOCK | | NONE | | | SOLD | 1/5 | K | D | |
| 13 JOHNSON & JOHNSON COMMON STOCK | A | DIVIDEND | J | T | PARTIAL SALE | 2/9 | J | A | |
| 14 SONIC COMMON STOCK | | NONE | L | T | | | | | |
| 15 STRYKER CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 16 SUNCOR ENERGY INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 17 CMA TAX EXEMPT FUND - ML #1 | A | DIVIDEND | K | T | | | | | |
| 18 MERRILL LYNCH ACCOUNT - ML #2 | A | INTEREST | J | T | | | | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 19  FEDERATED CAPITAL RESERVES MONEY MARKET | A | DIVIDEND | | | ACCOUNT CLOSED | 2/27 | M | | |
| 20  AMERICAN MUTUAL FUND | | NONE | | | SOLD | 1/9 | K | D | |
| 21  CAPITAL INCOME BUILDER FUND  (MUTUAL FUND) | | NONE | | | SOLD | 2/16 | K | C | |
| 22  FUNDAMENTAL INVESTORS INC  (MUTUAL FUND) | A | DIV/DISTR | | | PARTIAL SALE | 2/16 | K | D | |
| 23 | | | | | SOLD | 2/26 | J | | |
| 24  GROWTH FUND OF AMERICA  (MUTUAL FUND) | | NONE | | | SOLD | 2/16 | L | D | |
| 25  INVESTMENT COMPANY OF AMERICA  (MUTUAL FUND) | | NONE | | | SOLD | 2/16 | K | C | |
| 26  WASHINGTON MUTUAL INVESTORS FUND  (MUTUAL FUND) | | NONE | | | SOLD | 2/16 | L | D | |
| 27  U.S. GOVERNMENT SECURITIES FUND  (MUTUAL FUND) | A | DIVIDEND | | | PARTIAL SALE | 1/9 | J | | |
| 28 | | | | | SOLD | 2/16 | J | | |
| BROKERAGE ACCOUNT #1  (NEW)   (LINES 29-106) | | | | | | | | | |
| 29  DREYFUS CASH MNGT INVESTOR MONEY MARKET | C | DIVIDEND | M | T | ACCOUNT OPENED | 3/8 | M | | |
| 30  ABBOTT LABS COMMON STOCK | A | DIVIDEND | K | T | PURCHASE | 9/21 | J | | |
| 31 | | | | | PURCHASE | 10/23 | J | | |
| 32 | | | | | PURCHASE | 10/26 | J | | |
| 33  AEGEAN MARINE PETROLEUM NETWORK CMN STOCK | A | DIVIDEND | J | T | PURCHASE | 8/2 | J | | |
| 34  AMERICAN TOWER CORP COMMON STOCK | | NONE | J | T | PURCHASE | 3/8 | J | | |
| 35  ARCH CAPITAL GROUP LTD COMMON STOCK | | NONE | J | T | PURCHASE | 3/8 | J | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 36 | COMCAST CORP COMMON STOCK | | NONE | | | PURCHASE | 3/8 | J | | |
| 37 | | | | | | PURCHASE | 10/25 | J | | |
| 38 | | | | | | SOLD | 11/13 | J | | |
| 39 | DELTA PETROLEUM CORP COMMON STOCK | | NONE | J | T | PURCHASE | 3/8 | J | | |
| 40 | | | | | | PURCHASE | 4/24 | J | | |
| 41 | | | | | | PARTIAL SALE | 10/16 | J | | |
| 42 | | | | | | PURCHASE | 12/31 | J | | |
| 43 | DENISON MINES CORP COMMON STOCK | | NONE | J | T | PURCHASE | 6/13 | J | | |
| 44 | | | | | | PURCHASE | 6/28 | J | | |
| 45 | EITZEN CHEMICAL ASA COMMON STOCK | | NONE | J | T | PURCHASE | 6/14 | J | | |
| 46 | EVEREST REINSURANCE GROUP LTD CMN STOCK | | NONE | | | PURCHASE | 3/8 | J | | |
| 47 | | | | | | SOLD | 4/17 | J | A | |
| 48 | GOLAR LNG LTD COMMON STOCK | B | DIVIDEND | K | T | PURCHASE | 3/8 | J | | |
| 49 | HORIZON LINES INC COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 3/8 | J | | |
| 50 | INGERSOLL RAND CO COMMON STOCK | | NONE | J | T | PURCHASE | 11/12 | J | | |
| 51 | INTL FLAVORS AND FRAGRANCES INC CMN STOCK | A | DIVIDEND | J | T | PURCHASE | 4/23 | J | | |
| 52 | | | | | | PARTIAL SALE | 10/26 | J | A | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 53 | ISTAR FINL INC COMMON STOCK | | NONE | | | PURCHASE | 8/3 | J | | |
| 54 | | | | | | SOLD | 8/21 | J | A | |
| 55 | KEPPEL LTD COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 3/8 | J | | |
| 56 | | | | | | PURCHASE | 3/12 | J | | |
| 57 | | | | | | PARTIAL SALE | 6/22 | J | A | |
| 58 | | | | | | PARTIAL SALE | 7/10 | J | A | |
| 59 | LIBERTY MEDIA HLDG CORP COMMON STOCK | | NONE | | | PURCHASE | 6/29 | J | | |
| 60 | | | | | | PURCHASE | 7/20 | J | | |
| 61 | | | | | | SOLD | 10/4 | J | | |
| 62 | LIONS GATE ENTMT CORP COMMON STOCK | | NONE | J | T | PURCHASE | 3/8 | J | | |
| 63 | | | | | | PURCHASE | 6/19 | J | | |
| 64 | | | | | | PURCHASE | 7/9 | J | | |
| 65 | | | | | | PURCHASE | 7/11 | J | | |
| 66 | | | | | | PURCHASE | 7/16 | J | | |
| 67 | | | | | | PURCHASE | 7/24 | J | | |
| 68 | | | | | | PURCHASE | 8/9 | J | | |
| 69 | LOEWS CORPORATION COMMON STOCK | | NONE | | | PURCHASE | 9/21 | J | | |
| 70 | | | | | | SOLD | 11/13 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 71 MARINE HARVEST ASA COMMON STOCK | | NONE | | | PURCHASE | 3/9 | J | | |
| 72 | | | | | PURCHASE | 3/30 | J | | |
| 73 | | | | | PURCHASE | 4/30 | J | | |
| 74 | | | | | PURCHASE | 5/10 | J | | |
| 75 | | | | | PARTIAL SALE | 10/18 | J | | |
| 76 | | | | | PARTIAL SALE | 10/22 | J | | |
| 77 | | | | | SOLD | 11/13 | J | | |
| 78 MIRANT CORP COMMON STOCK | | NONE | J | T | PURCHASE | 9/21 | J | | |
| 79 NEWS CORP COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 3/8 | J | | |
| 80 | | | | | PURCHASE | 5/1 | J | | |
| 81 | | | | | PURCHASE | 5/10 | J | | |
| 82 NOVA CHEMICALS COMMON STOCK | A | DIVIDEND | | | PURCHASE | 3/8 | J | | |
| 83 | | | | | PURCHASE | 3/13 | J | | |
| 84 | | | | | PARTIAL SALE | 5/15 | J | A | |
| 85 | | | | | PARTIAL SALE | 7/5 | J | A | |
| 86 | | | | | SOLD | 10/31 | J | A | |
| 87 PETROLEUM DEV CORP COMMON STOCK | | NONE | J | T | PURCHASE | 7/24 | J | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 88 | | | | | PURCHASE | 7/30 | J | | |
| 89  PIONEER NAT RES CO COMMON STOCK | | NONE | J | T | PURCHASE | 10/18 | J | | |
| 90  ROWAN COS INC COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 3/8 | J | | |
| 91  DOCKWISE LTD/FKA SEALIFT LTD COMMON STOCK | | NONE | | | PURCHASE | 6/12 | J | | |
| 92 | | | | | PARTIAL SALE | 10/19 | J | | |
| 93 | | | | | PARTIAL SALE | 10/23 | J | | |
| 94 | | | | | SOLD | 10/24 | J | | |
| 95  STOLT NIELSEN COMMON STOCK | | NONE | | | PURCHASE | 8/6 | J | | |
| 96 | | | | | SOLD | 11/13 | J | | |
| 97  TEXTRON INC COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 4/12 | J | | |
| 98 | | | | | PARTIAL SALE | 10/11 | J | B | |
| 99  THERMO FISHER SCIENTIFIC INC COMMON STOCK | | NONE | J | T | PURCHASE | 3/8 | J | | |
| 100  TIME WARNER CABLE INC COMMON STOCK | | NONE | | | PURCHASE | 8/1 | J | | |
| 101 | | | | | SOLD | 11/13 | J | | |
| 102  TYCO INTERNATIONAL LTD COMMON STOCK | A | DIVIDEND | | | PURCHASE | 7/20 | J | | |
| 103 | | | | | PURCHASE | 8/2 | J | | |
| 104 | | | | | SOLD | 10/18 | J | | |
| 105  WILHWILHELMSEN LTD COMMON STOCK | A | DIVIDEND | J | T | PURCHASE | 5/10 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 106 | WILLIS GROUP HOLDINGS LTD COMMON STOCK | | NONE | J | T | PURCHASE | 12/19 | J | | |
| | ADDITIONAL COMMON STOCKS/MUTUAL FNDS (LINES 107-391) | | | | | | | | | |
| 107 | ABBOTT LABORATORIES | E | DIVIDEND | P1 | T | PARTIAL SALE | 5/9 | N | G | |
| 108 | | | | | | PARTIAL SALE | 5/9 | M | G | |
| 109 | ACCENTURE LTD | A | DIVIDEND | J | T | PURCHASE | 2/5 | J | | |
| 110 | | | | | | PURCHASE | 2/6 | J | | |
| 111 | AES CORP | | NONE | | | SOLD | 3/9 | J | | |
| 112 | AETNA INC | A | DIVIDEND | M | T | PARTIAL SALE | 12/17 | K | E | |
| 113 | AKAMAI TECHNOLOGIES | | NONE | | | SOLD | 5/2 | J | A | |
| 114 | ALCAN INC | C | DIVIDEND | | | PARTIAL SALE | 5/29 | M | G | |
| 115 | | | | | | TENDERED | 10/29 | N | G | |
| 116 | ALLEGHENY TECHNOLOGIES INC | A | DIVIDEND | J | T | | | | | |
| 117 | ALLERGAN INC | A | DIVIDEND | | | PARTIAL SALE | 4/19 | J | A | |
| 118 | · | | | | | SOLD | 5/9 | J | A | |
| 119 | ALLIANCE DATA SYSTEMS CORP | | NONE | | | PURCHASE | 2/9 | J | | |
| 120 | | | | | | SOLD | 5/18 | J | A | |
| 121 | ALLTELL CORP | B | DIVIDEND | | | SOLD | 6/29 | M | F | |
| 122 | ALTRIA GROUP (NON-IRA A/C) | E | DIVIDEND | O | T | PURCHASE | 3/5 | O | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 123 | | | | | PURCHASE | 3/5 | L | | |
| 124 | | | | | SPUN OFF KRAFT FOODS<br>(SEE LINE 255 BELOW) | 4/2 | M | | |
| 125 | | | | | PURCHASE | 4/9 | K | | |
| 126 AMAZON.COM | | NONE | J | T | PURCHASE | 4/27 | J | | |
| 127 | | | | | PURCHASE | 5/29 | J | | |
| 128 AMERICA MOVIL | G | DIVIDEND | P1 | T | | | | | |
| 129 AMERIPRISE FINANCIAL INC | A | DIVIDEND | J | T | PURCHASE | 7/20 | J | | |
| 130 ANADARKO PETROLEUM CORP | B | DIVIDEND | N | T | PURCHASE | 6/6 | K | | |
| 131 ANHEUSER BUSCH CO | E | DIVIDEND | O | T | | | | | |
| 132 AON CORP | A | DIVIDEND | J | T | PURCHASE | 8/6 | J | | |
| 133 APACHE CORP | | NONE | J | T | PURCHASE | 11/6 | J | | |
| 134 | | | | | PURCHASE | 12/14 | J | | |
| 135 APOLLO GROUP | | NONE | J | T | PURCHASE | 7/30 | J | | |
| 136 | | | | | PURCHASE | 9/25 | J | | |
| 137 | | | | | PURCHASE | 11/5 | J | | |
| 138 APPLE COMPUTER INC | | NONE | K | T | PARTIAL SALE | 2/28 | J | A | |
| 139 | | | | | PARTIAL SALE | 3/23 | J | A | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 140 | | | | | PARTIAL SALE | 5/25 | J | B | |
| 141 | | | | | PARTIAL SALE | 6/29 | J | B | |
| 142 | | | | | PARTIAL SALE | 7/26 | J | B | |
| 143 | | | | | PARTIAL SALE | 10/29 | J | C | |
| 144 APPLERA CORP | A | DIVIDEND | | | SOLD | 2/23 | J | A | |
| 145 AT&T INC | A | DIVIDEND | | | SOLD | 2/8 | J | A | |
| 146 AUTODESK | | NONE | J | T | PURCHASE | 10/8 | J | | |
| 147 AVNET INC | | NONE | J | T | PURCHASE | 3/7 | J | | |
| 148 AXIS CAPITAL HOLDINGS LTD | A | DIVIDEND | | | PARTIAL SALE | 2/8 | L | D | |
| 149 | | | | | SOLD | 3/12 | L | D | |
| 150 BABCOCK & BROWN AIR LTD | | NONE | L | T | PURCHASE | 10/2 | K | | |
| 151 | | | | | PURCHASE | 12/17 | L | | |
| 152 BAKER HUGHES INC | A | DIVIDEND | | | SOLD | 2/1 | J | | |
| 153 BANK OF AMERICA | F | DIVIDEND | O | T | | | | | |
| 154 BECTON DICKINSON & CO | A | DIVIDEND | J | T | PURCHASE | 3/2 | J | | |
| 155 BELDEN INC | A | DIVIDEND | J | T | PURCHASE | 3/19 | J | | |
| 156 BERKLEY WR CORP | D | DIVIDEND | | | PARTIAL SALE | 11/19 | O | G | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 157 | | | | | SOLD | 11/20 | L | E | |
| 158 BERKSHIRE HATHAWAY | | NONE | N | T | | | | | |
| 159 BIOGEN IDEC | | NONE | J | T | PURCHASE | 9/24 | J | | |
| 160 BLACKROCK INC | E | DIVIDEND | P1 | T | PARTIAL SALE | 5/9 | N | G | |
| 161 BURGER KING HOLDINGS INC | A | DIVIDEND | J | T | PURCHASE | 6/4 | J | | |
| 162 CAMERON INTL | | NONE | K | T | | | | | |
| 163 CAREMARK RX INC | A | DIVIDEND | | | SOLD | 1/16 | J | B | |
| 164 CARPENTER TECHNOLOGY CORP | A | DIVIDEND | L | T | PURCHASE | 2/1 | L | | |
| 165 CELGENE CORP | | NONE | J | T | | | | | |
| 166 CEMEX S A | A | DIVIDEND | | | PARTIAL SALE | 5/8 | K | C | |
| 167 | | | | | SOLD | 10/25 | L | | |
| 168 CF INDUSTRIES HOLDINGS INC | A | DIVIDEND | J | T | PURCHASE | 7/18 | J | | |
| 169 CHICAGO MERCANTILE EXCH/AKA CME GROUP INC | A | DIVIDEND | O | T | PARTIAL SALE | 6/15 | J | B | |
| 170 | | | | | PURCHASE | 11/30 | O | | |
| 171 CHIPOTLE MEXICAN GRILL | | NONE | J | T | PURCHASE | 10/10 | J | | |
| 172 CISCO SYSTEMS | | NONE | J | T | PURCHASE | 1/16 | J | | |
| 173 CIT GROUP | B | DIVIDEND | M | T | PARTIAL SALE | 3/9 | L | E | |
| 174 | | | | | PURCHASE | 7/23 | K | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 175 | | | | | PARTIAL SALE | 10/22 | L | | |
| 176 | | | | | PURCHASE | 10/23 | L | | |
| 177 | | | | | PURCHASE | 12/17 | M | | |
| 178 | | | | | PARTIAL SALE | 12/17 | L | | |
| 179 CITIGROUP | | NONE | | | PURCHASE | 11/30 | L | | |
| 180 | | | | | SOLD | 12/14 | L | | |
| 181 COACH INC | | NONE | | | PARTIAL SALE | 6/8 | J | C | |
| 182 | | | | | SOLD | 9/5 | J | C | |
| 183 COCA COLA CO | A | DIVIDEND | J | T | PURCHASE | 10/5 | J | | |
| 184 COGNIZANT TECHNOLOGY SOLUTIONS | | NONE | J | T | | | | | |
| 185 COMCAST CORP | | NONE | | | PARTIAL SALE | 3/2 | J | | |
| 186 | | | | | SOLD | 5/9 | J | | |
| 187 CONOCOPHILLIPS | E | DIVIDEND | P1 | T | PARTIAL SALE | 5/8 | K | E | |
| 188 CROCS INC | | NONE | J | T | PURCHASE | 6/18 | J | | |
| 189 DANAHER CORP | A | DIVIDEND | | | SOLD | 5/21 | J | | |
| 190 DENTSPLY INTERNATIONAL | | NONE | J | T | PURCHASE | 11/8 | J | | |
| 191 DIRECTV GROUP INC | | NONE | | | PARTIAL SALE | 1/8 | M | G | |

| | A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 192 | | | | | | PARTIAL SALE | 6/15 | J | A | |
| 193 | | | | | | PARTIAL SALE | 7/25 | J | A | |
| 194 | | | | | | SOLD | 8/9 | J | A | |
| 195 | DISCOVER HOLDINGS | | NONE | J | T | PURCHASE | 9/25 | J | | |
| 196 | DUN & BRADSTREET CORP | A | DIVIDEND | J | T | PURCHASE | 7/19 | J | | |
| 197 | ELECTRONIC ART | | NONE | J | T | PURCHASE | 12/13 | J | | |
| 198 | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA | C | DIVIDEND | M | T | PARTIAL SALE | 8/20 | L | D | |
| 199 | EMC CORP | | NONE | J | T | PURCHASE | 7/26 | J | | |
| 200 | | | | | | PURCHASE | 11/5 | J | | |
| 201 | ENSCO INTERNATIONAL INC | A | DIVIDEND | | | PURCHASE | 1/4 | J | | |
| 202 | | | | | | PURCHASE | 4/30 | J | | |
| 203 | | | | | | PURCHASE | 5/29 | M | | |
| 204 | | | | | | PARTIAL SALE | 8/23 | M | | |
| 205 | | | | | | SOLD | 11/7 | J | A | |
| 206 | EXPEDITORS INTERNATIONAL | | NONE | | | SOLD | 2/8 | J | | |
| 207 | EXPRESS SCRIPTS INC | | NONE | J | T | SOLD | 1/16 | J | | |
| 208 | | | | | | PURCHASE | 11/6 | J | | |
| 209 | FACTSET RESH SYS INC | A | DIVIDEND | J | T | PURCHASE | 6/28 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | • | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 210 | FEDEX CORP | B | DIVIDEND | | | SOLD | 7/26 | O | | |
| 211 | FIRST SOLAR | | NONE | J | T | PURCHASE | 11/19 | J | | |
| 212 | FLIR SYSTEM INC | | NONE | J | T | PURCHASE | 5/14 | J | | |
| 213 | FLUOR CORP | A | DIVIDEND | J | T | PURCHASE | 7/26 | J | | |
| 214 | FOCUS MEDIA HOLDINGS | | NONE | J | T | PURCHASE | 10/10 | J | | |
| 215 | FOMENTO ECONOMICO MEXICANO | A | DIVIDEND | | | PURCHASE | 2/5 | J | | |
| 216 | | | | | | PURCHASE | 2/13 | J | | |
| 217 | | | | | | SOLD | 9/19 | J | | |
| 218 | FOREST LABORATORIES | | NONE | | | PARTIAL SALE | 7/12 | J | | |
| 219 | | | | | | SOLD | 7/16 | J | | |
| 220 | FOSSIL | | NONE | J | T | PURCHASE | 11/27 | J | | |
| 221 | FRANKLIN RESOURCES INC | A | DIVIDEND | | | SOLD | 11/15 | J | C | |
| 222 | GAMESTOP CORP | | NONE | J | T | PURCHASE | 6/29 | J | | |
| 223 | GARMIN LTD | A | DIVIDEND | | | SOLD | 10/8 | K | D | |
| 224 | GENERAL CABLE CORP | | NONE | J | T | PURCHASE | 6/19 | J | | |
| 225 | GENERAL DYNAMICS CORP | A | DIVIDEND | | | SOLD | 6/21 | J | A | |
| 226 | GEN PROBE | | NONE | J | T | PURCHASE | 10/12 | J | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 227 | GILEAD SCIENCES INC | | NONE | K | T | | | | | |
| 228 | GLOBAL SANTAFE CORP | A | DIVIDEND | | | PURCHASE | 5/8 | M | | |
| 229 | | | | | | TENDERED | 11/27 | M | E | |
| 230 | GOLDMAN SACHS GROUP (INCLUDES CALL OPTION PURCHASED PRE-2007) | C | DIVIDEND | P1 | T | PURCHASE | 3/8 | O | | |
| 231 | | | | | | PURCHASE | 6/15 | M | | |
| 232 | | | | | | PARTIAL SALE | 9/7 | J | | |
| 233 | | | | | | PURCHASE | 9/18 | M | | |
| 234 | GOOGLE INC | | NONE | K | T | PURCHASE | 7/17 | J | | |
| 235 | HEALTH NET INC | | NONE | J | T | PURCHASE | 4/25 | J | | |
| 236 | HEWLETT-PACKARD CO | C | DIVIDEND | O | T | | | | | |
| 237 | HOME DEPOT INC | D | DIVIDEND | | | PARTIAL SALE | 1/5 | O | G | |
| 238 | | | | | | SOLD | 9/26 | O | F | |
| 239 | HONEYWELL INTL INC | A | DIVIDEND | J | T | PURCHASE | 5/9 | J | | |
| 240 | HUGOTON ROYALTY TRUST | A | DIVIDEND | | | SOLD | 5/9 | J | | |
| 241 | IAC/INTERACTIVECORP | | NONE | | | PURCHASE | 2/20 | J | | |
| 242 | | | | | | SOLD | 8/9 | J | | |
| 243 | INTERNATIONAL BUSINESS MACHINES | C | DIVIDEND | M | T | PURCHASE | 4/27 | L | | |
| 244 | | | | | | PURCHASE | 6/6 | K | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 245 | INTUITIVE SURGICAL INC | | NONE | | | SOLD | 1/10 | J | | |
| 246 | INVERNESS MEDICAL INNOVATIONS | | NONE | J | T | PURCHASE | 12/17 | J | | |
| 247 | ITT EDUCATIONAL SYSTEMS | | NONE | J | T | PURCHASE | 11/30 | J | | |
| 248 | JACOBS ENGINEERING GROUP | | NONE | J | T | PURCHASE | 8/10 | J | | |
| 249 | J CREW GROUP INC | | NONE | | | PURCHASE | 6/20 | J | | |
| 250 | | | | | | SOLD | 11/20 | J | | |
| 251 | JOHNSON & JOHNSON | F | DIVIDEND | P1 | T | PARTIAL SALE | 3/26 | O | G | |
| 252 | | | | | | PARTIAL SALE | 3/26 | J | | |
| 253 | | | | | | PARTIAL SALE | 5/9 | P1 | G | |
| 254 | KENNAMETAL INC | A | DIVIDEND | J | T | PURCHASE | 9/20 | J | | |
| 255 | KRAFT FOODS | A | CIL | | | SPUN OFF FROM ALTRIA (SEE LINE 124 ABOVE) | 4/2 | M | | |
| 256 | | | | | | PARTIAL SALE | 4/9 | K | B | |
| 257 | | | | | | SOLD | 5/9 | M | E | |
| 258 | KOHLS CORP | | NONE | | | PARTIAL SALE | 7/25 | J | | |
| 259 | | | | | | SOLD | 9/13 | J | | |
| 260 | KYPHON INC | | NONE | | | PURCHASE | 7/23 | J | | |
| 261 | | | | | | SOLD | 11/6 | J | B | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 262 | LAM RESEARCH CORP | | NONE | | | SOLD | 2/2 | J | | |
| 263 | LAS VEGAS SANDS CORP | | NONE | | | SOLD | 5/31 | J | A | |
| 264 | LENNAR CORP | A | DIVIDEND | | | SOLD | 2/27 | L | C | |
| 265 | LEVEL 3 COMMUNICATIONS INC | | NONE | | | PURCHASE | 1/11 | O | | |
| 266 | | | | | | SOLD | 7/26 | N | | |
| 267 | LEXMARK INTERNATIONAL | | NONE | | | SOLD | 3/5 | J | A | |
| 268 | LINCOLN NATIONAL CORP | C | DIVIDEND | M | T | | | | | |
| 269 | LSI LOGIC CORP | | NONE | | | SOLD | 1/4 | J | A | |
| 270 | LUBRIZOL CORP | A | DIVIDEND | J | T | PURCHASE | 5/10 | J | | |
| 271 | LUCENT TECHNOLOGIES CONV PREFD | | NONE | J | T | | | | | |
| 272 | MANITOWOC INC ( MANITOWOC CO INC) | A | DIVIDEND | J | T | | | | | |
| 273 | MANOR CARE INC | A | DIVIDEND | | | SOLD | 7/19 | J | B | |
| 274 | MANPOWER INC | A | DIVIDEND | | | SOLD | 11/30 | J | | |
| 275 | MATTELL INC | | NONE | | | PARTIAL SALE | 8/9 | J | | |
| 276 | | | | | | SOLD | 9/14 | J | | |
| 277 | MEDCO HEALTH SOLUTIONS | | NONE | J | T | PURCHASE | 9/14 | J | | |
| 278 | MEDTRONIC INC | A | DIVIDEND | | | SOLD | 2/22 | N | E | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 279 MEMC ELECTR MATLS INC | | NONE | K | T | PARTIAL SALE | 4/19 | J | C | |
| 280 MERRILL LYNCH & CO | A | DIVIDEND | | | PARTIAL SALE | 7/9 | J | | |
| 281 | | | | | SOLD | 7/24 | J | | |
| 282 MGM MIRAGE | | NONE | | | PURCHASE | 2/8 | J | | |
| 283 | | | | | SOLD | 7/26 | J | | |
| 284 MICROSOFT | A | DIVIDEND | J | T | | | | | |
| 285 MILLICOM INTERNATIONAL | | NONE | J | T | PURCHASE | 10/31 | J | | |
| 286 | | | | | PURCHASE | 11/9 | J | | |
| 287 MOBILE TELESYSTEMS | | NONE | M | T | PURCHASE | 11/20 | M | | |
| 288 MSCI | | NONE | M | T | PURCHASE | 11/20 | L | | |
| 289 NASDAQ STOCK MARKET | | NONE | J | T | PURCHASE | 11/7 | J | | |
| 290 NATIONAL OILWELL VARCO | | NONE | J | T | PURCHASE | 5/9 | J | | |
| 291 NAVTEQ CORP | | NONE | | | PURCHASE | 6/25 | J | | |
| 292 | | | | | SOLD | 11/6 | J | C | |
| 293 NCR CORP | | NONE | J | T | PURCHASE | 3/12 | J | | |
| 294 | | | | | PURCHASE | 3/13 | J | | |
| 295 NEWS CORP | A | DIVIDEND | | | SOLD | 11/5 | J | A | |
| 296 NIKE | A | DIVIDEND | K | T | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 297 NOKIA | | NONE | J | T | PURCHASE | 5/25 | J | | |
| 298 | | | | | PURCHASE | 6/6 | J | | |
| 299 NUANCE COMMUNICATIONS | | NONE | J | T | PURCHASE | 2/21 | J | | |
| 300 NUCOR CORP | | NONE | M | T | PURCHASE | 10/25 | L | | |
| 301 | | | | | PURCHASE | 11/16 | L | | |
| 302 NVIDIA CORP | | NONE | J | T | PURCHASE | 9/24 | J | | |
| 303 OCCIDENTAL PETE CORP | B | DIVIDEND | M | T | PURCHASE | 6/6 | L | | |
| 304 OLSTEIN ALL CAP VALUE FUND ( MUTUAL FUND) | E | DIVIDEND | M | T | PURCHASE | 12/11 | K | | |
| 305 OMNICOM GROUP | A | DIVIDEND | | | PARTIAL SALE | 8/2 | J | A | |
| 306 | | | | | SOLD | 10/2 | J | | |
| 307 ORACLE CORP | | NONE | N | T | | | | | |
| 308 PACKAGING CORP | C | DIVIDEND | M | T | PURCHASE | 3/12 | L | | |
| 309 | | | | | PURCHASE | 6/6 | K | | |
| 310 PALL CORP | | NONE | | | PURCHASE | 6/15 | J | | |
| 311 | | | | | SOLD | 9/18 | J | | |
| 312 PARAMETRIC TECHNOLOGY CORP | | NONE | | | PURCHASE | 3/6 | J | | |
| 313 | | | | | SOLD | 9/24 | J | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 314 | PEPSICO | D | DIVIDEND | O | T | | | | | |
| 315 | PETROLEO BRASILEIRO | D | DIVIDEND | | | PARTIAL SALE | 4/3 | L | E | |
| 316 | | | | | | SOLD | 6/6 | M | F | |
| 317 | PIONEER NATURAL RESOURCES | A | DIVIDEND | K | T | | | | | |
| 318 | PRAXAIR INC | A | DIVIDEND | J | T | PURCHASE | 11/8 | J | | |
| 319 | ALTRIA GROUP - IRA ACCOUNT | C | DIVIDEND | L | T | PURCHASE | 1/4 | J | | |
| 320 | | | | | | SPUN OFF KRAFT FOODS<br>( SEE LINE 321 BELOW) | 4/2 | K | | |
| 321 | KRAFT FOODS INC - IRA ACCOUNT | A | DIV/CIL | K | T | SPUN OFF FROM ALTRIA<br>( SEE LINE 320 ABOVE) | 4/2 | K | | |
| 322 | PRECISION CASTPARTS CORP | A | DIVIDEND | J | T | PURCHASE | 8/10 | J | | |
| 323 | | | | | | PURCHASE | 10/8 | J | | |
| 324 | PROSHARES TR ULTRASHORT FINANCIAL | B | DIVIDEND | | | PURCHASE | 7/30 | N | | |
| 325 | | | | | | SOLD | 11/13 | N | E | |
| 326 | RESEARCH IN MOTION | | NONE | K | T | PURCHASE | 2/6 | J | | |
| 327 | | | | | | PURCHASE | 7/26 | J | | |
| 328 | ROCKWELL AUTOMATION INC | B | DIVIDEND | M | T | PURCHASE | 2/14 | M | | |
| 329 | ROCKWELL COLLINS INC | A | DIVIDEND | J | T | PURCHASE | 3/13 | J | | |
| 330 | | | | | | PURCHASE | 4/17 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 331 | ROWAN COMPANIES | A | DIVIDEND | M | T | PURCHASE | 8/23 | M | | |
| 332 | SCHERING-PLOUGH | A | DIVIDEND | J | T | PARTIAL SALE | 11/7 | J | B | |
| 333 | SCHLUMBERGER | | NONE | M | T | PURCHASE | 11/30 | M | | |
| 334 | SEARS HOLDINGS CORP | | NONE | | | SOLD | 9/26 | O | | |
| 335 | SEI INVESTMENT CO | A | DIVIDEND | J | T | PARTIAL SALE | 7/17 | J | | |
| 336 | SIRTRIS PHARMAEUTICALS | | NONE | K | T | SPUN OFF FROM RED ABBEY<br>( SEE LINE 972 BELOW) | 12/13 | J | | |
| 337 | SMITH INTERNATIONAL | A | DIVIDEND | J | T | | | | | |
| 338 | SMITHTOWN BANCORP | A | DIVIDEND | L | T | PURCHASE | 3/8 | L | | |
| 339 | | | | | | PURCHASE | 5/16 | K | | |
| 340 | SMURFIT-STONE CONTAINER CORP | | NONE | M | T | PURCHASE | 5/8 | K | | |
| 341 | | | | | | PURCHASE | 8/23 | J | | |
| 342 | SONIC CORP | | NONE | P3 | T | | | | | |
| 343 | SONY CORP | A | DIVIDEND | | | PURCHASE | 5/30 | J | | |
| 344 | | | | | | SOLD | 11/15 | J | | |
| 345 | SOVEREIGN BANCORP | | NONE | K | T | PURCHASE | 12/17 | K | | |
| 346 | SPRINT NEXTEL CORP ( FKA SPRINT CORP) | A | DIVIDEND | M | T | PURCHASE | 12/17 | K | | |
| 347 | STRYKER CORP | B | DIVIDEND | O | T | | | | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 348 | SUNCOR ENERGY | D | DIVIDEND | P1 | T | | | | | |
| 349 | SUNPOWER | | NONE | J | T | PURCHASE | 11/6 | J | | |
| 350 | SUPERVALU INC | A | DIVIDEND | | | PURCHASE | 5/30 | J | | |
| 351 | | | | | | SOLD | 12/14 | J | | |
| 352 | TELEFONOS DE MEXICO | A | DIVIDEND | | | PURCHASE | 5/29 | J | | |
| 353 | | | | | | SOLD | 11/21 | J | | |
| 354 | TELETECH HOLDINGS INC | | NONE | | | PURCHASE | 3/8 | J | | |
| 355 | | | | | | SOLD | 10/3 | J | | |
| 356 | TERADATA CORP | | NONE | J | T | PURCHASE | 10/1 | J | | |
| 357 | TEXTRON | | NONE | J | T | PURCHASE | 11/7 | J | | |
| 358 | | | | | | PURCHASE | 11/30 | J | | |
| 359 | THERMO FISHER SCIENTIFIC | | NONE | | | PURCHASE | 1/16 | J | | |
| 360 | | | | | | SOLD | 11/2 | J | A | |
| 361 | THIRD AVENUE INTL VALUE FUND ( MUTUAL FND) | E | DIV/DISTR | M | T | PURCHASE | 12/19 | K | | |
| 362 | TRANSOCEAN INC | A | CIL | M | T | PURCHASE | 5/17 | J | | |
| 363 | | | | | | PURCHASE | 8/30 | J | | |
| 364 | | | | | | TENDERED ORIGINAL SHARES | 11/27 | J | A | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 365 | | | | | | RECEIVED NEW SHARES FROM MERGER | 11/27 | M | | |
| 366 | | | | | | PARTIAL SALE | 12/12 | J | A | |
| 367 | | | | | | PURCHASE | 12/20 | J | | |
| 368 | T ROWE PRICE | | NONE | J | T | PURCHASE | 11/20 | J | | |
| 369 | TUI AG | | NONE | M | T | PURCHASE | 6/28 | M | | |
| 370 | UNITED TECH CORP | E | DIVIDEND | P1 | T | | | | | |
| 371 | UNITEDHEALTH GROUP | A | DIVIDEND | M | T | | | | | |
| 372 | UNUM GROUP ( FKA UNUMPROVIDENT) | C | DIVIDEND | M | T | | | | | |
| 373 | VALERO ENERGY | B | DIVIDEND | N | T | | | | | |
| 374 | VERIFONE HOLDINGS INC | | NONE | | | PURCHASE | 9/20 | J | | |
| 375 | | | | | | SOLD | 12/6 | J | | |
| 376 | VERIGY LTD | | NONE | | | SOLD | 1/16 | J | A | |
| 377 | WAL MART STORES | E | DIVIDEND | P1 | T | PARTIAL SALE | 5/9 | O | G | |
| 378 | | | | | | PARTIAL SALE | 11/13 | N | G | |
| 379 | | | | | | PARTIAL SALE | 11/13 | N | G | |
| 380 | WARREN RESOURCES INC | | NONE | L | T | | | | | |
| 381 | WCI COMMUNITIES INC | | NONE | | | PURCHASE | 2/8 | L | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 382 | | | | | | SOLD | 5/8 | L | | |
| 383 | WELLS FARGO | D | DIVIDEND | M | T | | | | | |
| 384 | WESTERN DIGITAL CORP | | NONE | J | T | PURCHASE | 11/16 | J | | |
| 385 | WEYERHAEUSER CO | A | DIVIDEND | | | PARTIAL SALE | 1/24 | L | C | |
| 386 | | | | | | SOLD | 2/14 | M | E | |
| 387 | WYNN RESORTS LTD | A | DIVIDEND | J | T | PURCHASE | 5/2 | J | | |
| 388 | XEROX | | NONE | M | T | PURCHASE | 12/17 | L | | |
| 389 | YUM! BRANDS | | NONE | J | T | PURCHASE | 12/13 | J | | |
| 390 | ZIMMER HOLDINGS INC | | NONE | | | PURCHASE | 2/15 | J | | |
| 391 | | | | | | SOLD | 11/15 | J | | |
| 392 | CORPORATE BOND<br>GENERAL ELECTRIC BOND | G | INTEREST | P2 | T | | | | | |
| 393 | OPTIONS (NEW) (LINES 393-666) (SEE NOTE 4 IN SECTION VIII)<br>S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 2/16 | J | | |
| 394 | | | | | | PARTIAL SALE | 3/13 | J | | |
| 395 | | | | | | SOLD | 3/14 | J | | |
| 396 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 2/16 | K | | |
| 397 | | | | | | PURCHASE TO COVER PART | 3/13 | J | | |
| 398 | | | | | | PURCHASE TO COVER | 3/14 | K | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 399 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 2/20 | J | | |
| 400 | | | | | | SOLD | 3/5 | K | E | |
| 401 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 2/20 | J | | |
| 402 | | | | | | PURCHASE TO COVER | 3/5 | L | | |
| 403 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 2/21 | J | | |
| 404 | | | | | | SOLD | 3/2 | K | E | |
| 405 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 2/21 | J | | |
| 406 | | | | | | PURCHASE TO COVER | 3/2 | K | | |
| 407 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 2/22 | J | | |
| 408 | | | | | | PARTIAL SALE | 3/2 | J | C | |
| 409 | | | | | | SOLD | 3/5 | K | E | |
| 410 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 2/22 | J | | |
| 411 | | | | | | PURCHASE TO COVER | 3/5 | K | | |
| 412 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 2/23 | J | | |
| 413 | | | | | | SOLD | 3/5 | K | E | |
| 414 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 2/23 | J | | |
| 415 | | | | | | PURCHASE TO COVER | 3/5 | L | | |

Kimba M. Wood          MAY, 2008

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 416 | S&P 500 INDEX - PUT | NONE | | | | PURCHASE | 3/5 | J | | |
| 417 | | | | | | OPTION EXPIRED | 3/17 | | | |
| 418 | S&P 500 INDEX - PUT | NONE | | | | SOLD SHORT | 3/5 | J | | |
| 419 | | | | | | OPTION EXPIRED | 3/17 | | D | |
| 420 | S&P 500 INDEX - PUT | NONE | | | | PURCHASE | 3/6 | J | | |
| 421 | | | | | | OPTION EXPIRED | 3/17 | | | |
| 422 | S&P 500 INDEX - PUT | NONE | | | | SOLD SHORT | 3/6 | J | | |
| 423 | | | | | | OPTION EXPIRED | 3/17 | | D | |
| 424 | S&P 500 INDEX - PUT | NONE | | | | PURCHASE | 3/7 | J | | |
| 425 | | | | | | OPTION EXPIRED | 4/21 | | | |
| 426 | S&P 500 INDEX - PUT | NONE | | | | SOLD SHORT | 3/7 | J | | |
| 427 | | | | | | OPTION EXPIRED | 4/21 | | C | |
| 428 | S&P 500 INDEX - PUT | NONE | | | | PURCHASE | 3/8 | J | | |
| 429 | | | | | | OPTION EXPIRED | 4/21 | | | |
| 430 | S&P 500 INDEX - PUT | NONE | | | | SOLD SHORT | 3/8 | J | | |
| 431 | | | | | | OPTION EXPIRED | 4/21 | | B | |
| 432 | S&P 500 INDEX - PUT | NONE | | | | PURCHASE | 3/12 | J | | |
| 433 | | | | | | OPTION EXPIRED | 4/21 | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 434   S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/12 | J | | |
| 435 | | | | | OPTION EXPIRED | 4/21 | | B | |
| 436   S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/14 | K | | |
| 437 | | | | | OPTION EXPIRED | 4/21 | | | |
| 438   S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/14 | K | | |
| 439 | | | | | OPTION EXPIRED | 4/21 | | E | |
| 440   S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/20 | J | | |
| 441 | | | | | OPTION EXPIRED | 4/21 | | | |
| 442   S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/20 | J | | |
| 443 | | | | | OPTION EXPIRED | 4/21 | | C | |
| 444   S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/21 | J | | |
| 445 | | | | | OPTION EXPIRED | 4/21 | | | |
| 446   S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/21 | J | | |
| 447 | | | | | OPTION EXPIRED | 4/21 | | C | |
| 448   S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/22 | J | | |
| 449 | | | | | OPTION EXPIRED | 4/21 | | | |
| 450   S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/22 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 451 | | | | | OPTION EXPIRED | 4/21 | | C | |
| 452 S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/26 | J | | |
| 453 | | | | | OPTION EXPIRED | 4/21 | | | |
| 454 S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/26 | J | | |
| 455 | | | | | OPTION EXPIRED | 4/21 | | C | |
| 456 S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/27 | J | | |
| 457 | | | | | OPTION EXPIRED | 4/21 | | | |
| 458 S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/27 | J | | |
| 459 | | | | | OPTION EXPIRED | 4/21 | | B | |
| 460 S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/28 | J | | |
| 461 | | | | | OPTION EXPIRED | 4/21 | | | |
| 462 S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/28 | J | | |
| 463 | | | | | OPTION EXPIRED | 4/21 | | B | |
| 464 S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/29 | J | | |
| 465 | | | | | OPTION EXPIRED | 4/21 | | | |
| 466 S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/29 | J | | |
| 467 | | | | | OPTION EXPIRED | 4/21 | | C | |
| 468 S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 3/30 | J | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | OPTION EXPIRED | 4/21 | | C | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 3/30 | J | | |
| | | | | | OPTION EXPIRED | 4/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/12 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | C | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/12 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/13 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/13 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/17 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/17 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/18 | J | | |
| | | | | | OPTIONS EXPIRED | 5/19 | | B | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 486 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/18 | J | | |
| 487 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 488 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/20 | J | | |
| 489 | | | | | | OPTIONS EXPIRED | 5/19 | | C | |
| 490 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/20 | J | | |
| 491 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 492 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/23 | J | | |
| 493 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 494 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/23 | J | | |
| 495 | | | | | | OPTIONS EXPIRED | 5/19 | | C | |
| 496 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/24 | J | | |
| 497 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 498 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/24 | J | | |
| 499 | | | | | | OPTIONS EXPIRED | 5/19 | | D | |
| 500 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/25 | J | | |
| 501 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 502 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/25 | J | | |
| 503 | | | | | | OPTIONS EXPIRED | 5/19 | | C | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 504 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/26 | J | | |
| 505 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 506 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/26 | J | | |
| 507 | | | | | | OPTIONS EXPIRED | 5/19 | | D | |
| 508 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 4/27 | J | | |
| 509 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 510 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 4/27 | J | | |
| 511 | | | | | | OPTIONS EXPIRED | 5/19 | | C | |
| 512 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/1 | J | | |
| 513 | | | | | | OPTIONS EXPIRED | 5/19 | | | |
| 514 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/1 | J | | |
| 515 | | | | | | OPTIONS EXPIRED | 5/19 | | D | |
| 516 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/14 | J | | |
| 517 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 518 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/14 | J | | |
| 519 | | | | | | OPTIONS EXPIRED | 6/16 | | D | |
| 520 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/15 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 521 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 522 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/15 | J | | |
| 523 | | | | | | OPTIONS EXPIRED | 6/16 | | B | |
| 524 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/16 | J | | |
| 525 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 526 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/16 | J | | |
| 527 | | | | | | OPTIONS EXPIRED | 6/16 | | B | |
| 528 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/21 | J | | |
| 529 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 530 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/21 | J | | |
| 531 | | | | | | OPTIONS EXPIRED | 6/16 | | C | |
| 532 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/21 | J | | |
| 533 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 534 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/21 | J | | |
| 535 | | | | | | OPTIONS EXPIRED | 6/16 | | D | |
| 536 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/22 | J | | |
| 537 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 538 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/22 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| | | | | | OPTIONS EXPIRED | 6/16 | | C | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/23 | J | | |
| | | | | | PARTIAL SALE | 6/7 | J | | |
| | | | | | OPTIONS EXPIRED | 6/16 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/23 | J | | |
| | | | | | PURCHASE TO COVER PART | 6/7 | J | B | |
| | | | | | OPTIONS EXPIRED | 6/16 | | C | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/23 | J | | |
| | | | | | OPTIONS EXPIRED | 6/16 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/23 | J | | |
| | | | | | OPTIONS EXPIRED | 6/16 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/23 | J | | |
| | | | | | OPTIONS EXPIRED | 6/16 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/23 | J | | |
| | | | | | OPTIONS EXPIRED | 6/16 | | A | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/24 | J | | |
| | | | | | OPTIONS EXPIRED | 6/16 | | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 556 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/24 | J | | |
| 557 | | | | | | OPTIONS EXPIRED | 6/16 | | D | |
| 558 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 5/25 | J | | |
| 559 | | | | | | OPTIONS EXPIRED | 6/16 | | | |
| 560 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 5/25 | J | | |
| 561 | | | | | | OPTIONS EXPIRED | 6/16 | | B | |
| 562 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/12 | J | | |
| 563 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 564 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/12 | J | | |
| 565 | | | | | | OPTIONS EXPIRED | 7/21 | | D | |
| 566 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/13 | J | | |
| 567 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 568 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/13 | J | | |
| 569 | | | | | | OPTIONS EXPIRED | 7/21 | | C | |
| 570 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/14 | J | | |
| 571 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 572 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/14 | J | | |
| 573 | | | | | | OPTIONS EXPIRED | 7/21 | | D | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 574 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/15 | J | | |
| 575 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 576 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/15 | J | | |
| 577 | | | | | | OPTIONS EXPIRED | 7/21 | | C | |
| 578 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/15 | J | | |
| 579 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 580 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/15 | J | | |
| 581 | | | | | | OPTIONS EXPIRED | 7/21 | | C | |
| 582 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/18 | J | | |
| 583 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 584 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/18 | J | | |
| 585 | | | | | | OPTIONS EXPIRED | 7/21 | | D | |
| 586 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/19 | J | | |
| 587 | | | | | | OPTIONS EXPIRED | 7/21 | | | |
| 588 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/19 | J | | |
| 589 | | | | | | OPTIONS EXPIRED | 7/21 | | D | |
| 590 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/20 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| | | | | | OPTIONS EXPIRED | 7/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/20 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | D | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/21 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/21 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | C | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/22 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/22 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/25 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/25 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | C | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/28 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/28 | J | | |

Kimba M. Wood          MAY, 2008

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| | | | | | OPTIONS EXPIRED | 7/21 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 6/29 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 6/29 | J | | |
| | | | | | OPTIONS EXPIRED | 7/21 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/17 | J | | |
| | | | | | SOLD | 8/15 | J | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/17 | J | | |
| | | | | | PURCHASE TO COVER | 8/15 | J | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/20 | J | | |
| | | | | | PARTIAL SALE | 8/15 | J | | |
| | | | | | OPTIONS EXPIRED | 8/18 | | | |
| S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/20 | J | | |
| | | | | | PURCHASE TO COVER PART | 8/15 | J | A | |
| | | | | | OPTIONS EXPIRED | 8/18 | | B | |
| S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/23 | J | | |
| | | | | | OPTIONS EXPIRED | 8/18 | | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 626 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/23 | J | | |
| 627 | | | | | | OPTIONS EXPIRED | 8/18 | | D | |
| 628 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/24 | J | | |
| 629 | | | | | | OPTIONS EXPIRED | 8/18 | | | |
| 630 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/24 | J | | |
| 631 | | | | | | OPTIONS EXPIRED | 8/18 | | C | |
| 632 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/25 | J | | |
| 633 | | | | | | OPTIONS EXPIRED | 8/18 | | | |
| 634 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/25 | J | | |
| 635 | | | | | | OPTIONS EXPIRED | 8/18 | | C | |
| 636 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/26 | J | | |
| 637 | | | | | | PARTIAL SALE | 8/6 | J | | |
| 638 | | | | | | OPTIONS EXPIRED | 8/18 | | | |
| 639 | S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/26 | J | | |
| 640 | | | | | | PURCHASE TO COVER PART | 8/6 | J | A | |
| 641 | | | | | | OPTIONS EXPIRED | 8/18 | | A | |
| 642 | S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/27 | J | | |
| 643 | | | | | | OPTIONS EXPIRED | 8/18 | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 644  S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/27 | J | | |
| 645 | | | | | OPTIONS EXPIRED | 8/18 | | D | |
| 646  S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/30 | J | | |
| 647 | | | | | OPTIONS EXPIRED | 8/18 | | | |
| 648  S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/30 | J | | |
| 649 | | | | | OPTIONS EXPIRED | 8/18 | | B | |
| 650  S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 7/31 | J | | |
| 651 | | | | | SOLD | 8/6 | J | | |
| 652  S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 7/31 | J | | |
| 653 | | | | | PURCHASE TO COVER | 8/6 | J | B | |
| 654  S&P 500 INDEX - PUT | | NONE | | | PURCHASE | 8/2 | J | | |
| 655 | | | | | SOLD | 8/6 | J | | |
| 656  S&P 500 INDEX - PUT | | NONE | | | SOLD SHORT | 8/2 | J | | |
| 657 | | | | | PURCHASE TO COVER | 8/6 | J | A | |
| 658  OSI RESTAURANT - CALL | | NONE | | | PURCHASE | 2/23 | J | | |
| 659 | | | | | PURCHASE | 2/26 | K | | |
| 660 | | | | | PURCHASE | 2/27 | K | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 661 | | | | | | SOLD | 5/18 | K | | |
| 662 | NABORS INDS LTD - CALL | | NONE | K | T | PURCHASE | 3/8 | L | | |
| 663 | LEVEL 3 - CALL | | NONE | J | T | PURCHASE | 3/8 | K | | |
| 664 | | | | | | PURCHASE | 11/8 | J | | |
| 665 | GOLDMAN, SACHS - CALL | | NONE | | | SOLD SHORT | 11/13 | K | | |
| 666 | | | | | | OPTIONS EXPIRED | 12/24 | | E | |
| | CASH/INVESTMENT/MONEY MARKET ACCOUNTS  (LINES 667-688) : | | | | | | | | | |
| 667 | BEAR STEARNS TEMPFUND  (BEAR STEARNS - IRA CASH) | A | DIVIDEND | J | T | | | | | |
| 668 | GOLDMAN SACHS BANK DEPOSIT #3 | F | INTEREST | M | T | | | | | |
| 669 | CITIBANK CHECKING ACCOUNT - FOUNDATION | | NONE | K | T | | | | | |
| 670 | CITIBANK INTEREST CHECKING A/C | A | INTEREST | J | T | | | | | |
| 671 | MSIF MONEY MARKET<br>( SEE NOTE 11 IN SECTION VIII) | C | INTEREST | | | | | | | |
| 672 | CITIBANK CHECKING ACCOUNT | | NONE | K | T | | | | | |
| 673 | CITIBANK ASSET ACCOUNT | | NONE | J | T | | | | | |
| 674 | CITIBANK CASH RESERVE ACCOUNT | G | INTEREST | P1 | T | | | | | |
| 675 | CITIBANK INTEREST CHECKING ACCOUNT # 2 | A | INTEREST | J | T | | | | | |
| 676 | BEAR, STEARNS ACCOUNT #1<br>( SEE NOTE 3 IN SECTION VIII) | | NONE | J | T | | | | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 677 | NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH #1 | C | DIVIDEND | L | T | | | | | |
| 678 | DEUTSCHE BANK ALEX BROWN MONEY MARKET | E | INTEREST | N | T | | | | | |
| 679 | DBAB CASH RESERVE PRIME SERIES MM FUND | A | DIVIDEND | | | OPENED ACCOUNT | 2/21 | J | | |
| 680 | | | | | | CLOSED ACCOUNT | 4/9 | J | | |
| 681 | DBAB CASH RESERVE TREASURY MM FUND | A | DIVIDEND | | | OPENED ACCOUNT | 4/9 | J | | |
| 682 | | | | | | CLOSED ACCOUNT | 5/21 | K | | |
| 683 | INV CASH TRST TREASURY INV CL MM FUND | A | DIVIDEND | | | ACCOUNT OPENED | 5/21 | K | | |
| 684 | | | | | | ACCOUNT CLOSED | 10/3 | K | | |
| 685 | DBAB SHORT CASH ACCOUNT | | NONE | | | ACCOUNT OPENED | 3/1 | J | | |
| 686 | | | | | | ACCOUNT CLOSED | 8/31 | J | | |
| 687 | LEHMAN BROTHERS CASH ACCOUNT | A | INTEREST | J | T | | | | | |
| 688 | BLACKROCK MONEY MARKET/PNC CASH | C | DIVIDEND | L | T | | | | | |

FOUNDATION INVESTMENTS  (LINES 689-886)
FOUNDATION BROKERAGE ACCOUNT #1  (FKA FOUNDATION COMMON STOCKS/BONDS)  (LINES 689-701)
COMMON STOCKS

| | A. DESCRIPTION OF ASSETS | B. (1) | B. (2) | C. (1) | C. (2) | D. (1) | D. (2) | D. (3) | D. (4) | D. (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 689 | ABBOTT LABORATORIES | D | DIVIDEND | | | SOLD | 11/30 | N | F | |
| 690 | ALTRIA GROUP INC | D | DIV/CIL | N | T | SPUN OFF KRAFT FOODS ( SEE LINE 696 BELOW) | 4/2 | K | | |
| 691 | AMERICA MOVIL | | NONE | M | T | PURCHASE | 11/30 | M | | |
| 692 | BANK OF AMERICA | D | DIVIDEND | M | T | | | | | |

| A. | B. | | C. | | D. | | | | |
|----|----|----|----|----|----|----|----|----|----|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 693  CITIGROUP INC | | NONE | L | T | PURCHASE | 11/30 | M | | |
| 694  DYERSBURG CORP | | NONE | J | T | | | | | |
| 695  GENERAL ELECTRIC CO | C | DIVIDEND | M | T | | | | | |
| 696  KRAFT FOODS INC | B | DIV/CIL | M | T | SPUN OFF FROM ALTRIA (SEE LINE 690 ABOVE) | 4/2 | K | | |
| 697  SCHLUMBERGER LTD | | NONE | L | T | PURCHASE | 11/30 | L | | |
| 698  UNITED TECHNOLOGIES CORP | D | DIVIDEND | N | T | | | | | |
| MUTUAL FUNDS | | | | | | | | | |
| 699  GOLDMAN SACHS INTL REAL ESTATE SECS FUND | E | DIVIDEND | N | T | PURCHASE | 4/16 | N | | |
| 700 | | | | | PURCHASE | 6/28 | J | | |
| 701 | | | | | PURCHASE | 12/13 | K | | |
| FOUNDATION BROKERAGE ACCOUNT #2 (NEW) (LINES 702-884) | | | | | | | | | |
| 702  GOLDMAN SACHS BANK DEPOSIT #5/CASH ACCOUNT | C | INTEREST | K | T | OPENED ACCOUNT | 5/3 | N | | |
| 703  AFFILIATED MANAGERS GROUP INC | | NONE | J | T | PURCHASE | 5/4 | K | | |
| 704 | | | | | PURCHASE | 7/20 | J | | |
| 705 | | | | | PARTIAL SALE | 8/13 | J | | |
| 706 | | | | | PARTIAL SALE | 10/1 | J | A | |
| 707 | | | | | PARTIAL SALE | 10/22 | J | A | |
| 708  AGCO CORP | | NONE | K | T | PURCHASE | 5/4 | K | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 709 | | | | | | PARTIAL SALE | 9/18 | J | A | |
| 710 | | | | | | PARTIAL SALE | 10/1 | J | A | |
| 711 | | | | | | PARTIAL SALE | 11/2 | J | B | |
| 712 | | | | | | PARTIAL SALE | 11/28 | J | A | |
| 713 | ALABAMA NATL BANCORP | A | DIVIDEND | | | PURCHASE | 5/14 | J | | |
| 714 | | | | | | PURCHASE | 5/17 | J | | |
| 715 | | | | | | PURCHASE | 6/22 | J | | |
| 716 | | | | | | PURCHASE | 7/5 | J | | |
| 717 | | | | | | PURCHASE | 7/9 | J | | |
| 718 | | | | | | PURCHASE | 7/18 | J | | |
| 719 | | | | | | PARTIAL SALE | 9/7 | J | A | |
| 720 | | | | | | PARTIAL SALE | 10/5 | K | C | |
| 721 | | | | | | SOLD | 10/8 | J | A | |
| 722 | AMERICA SERVICE GROUP | | NONE | | | PURCHASE | 5/4 | J | | |
| 723 | | | | | | SOLD | 7/11 | J | A | |
| 724 | ANDREW CORP | | NONE | | | PURCHASE | 5/4 | K | | |
| 725 | | | | | | PURCHASE | 5/17 | J | | |
| 726 | | | | | | PURCHASE | 5/18 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 727 | | | | | PURCHASE | 5/22 | J | | |
| 728 | | | | | PURCHASE | 6/20 | J | | |
| 729 | | | | | SOLD | 8/10 | K | B | |
| 730  ARCH CHEMICAL INC | A | DIVIDEND | K | T | PURCHASE | 8/16 | J | | |
| 731 | | | | | PURCHASE | 8/17 | J | | |
| 732 | | | | | PURCHASE | 9/11 | J | | |
| 733 | | | | | PURCHASE | 9/28 | J | | |
| 734 | | | | | PURCHASE | 11/5 | J | | |
| 735 | | | | | PURCHASE | 11/6 | J | | |
| 736 | | | | | PURCHASE | 11/13 | J | | |
| 737 | | | | | PURCHASE | 11/20 | J | | |
| 738 | | | | | PURCHASE | 12/5 | J | | |
| 739 | | | | | PURCHASE | 12/31 | J | | |
| 740  CARAUSTAR INDUSTRIES, INC | | NONE | J | T | PURCHASE | 5/4 | J | | |
| 741 | | | | | PURCHASE | 5/8 | J | | |
| 742 | | | | | PURCHASE | 5/17 | J | | |
| 743 | | | | | PURCHASE | 7/12 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 744 | | | | | | PURCHASE | 7/18 | J | | |
| 745 | | | | | | PURCHASE | 8/6 | J | | |
| 746 | | | | | | PURCHASE | 9/27 | J | | |
| 747 | | | | | | PURCHASE | 9/28 | J | | |
| 748 | | | | | | PURCHASE | 12/31 | J | | |
| 749 | CASCADE CORP | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |
| 750 | | | | | | PURCHASE | 5/8 | J | | |
| 751 | | | | | | PURCHASE | 5/15 | J | | |
| 752 | | | | | | PURCHASE | 5/17 | J | | |
| 753 | | | | | | PURCHASE | 5/18 | J | | |
| 754 | | | | | | PARTIAL SALE | 6/20 | J | A | |
| 755 | | | | | | PURCHASE | 8/9 | J | | |
| 756 | | | | | | PARTIAL SALE | 8/31 | J | A | |
| 757 | | | | | | PURCHASE | 9/28 | J | | |
| 758 | | | | | | PURCHASE | 12/4 | J | | |
| 759 | | | | | | PURCHASE | 12/7 | J | | |
| 760 | | | | | | PURCHASE | 12/27 | J | | |
| 761 | | | | | | PURCHASE | 12/31 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 762 COLONIAL BANCGROUP INC | | NONE | J | T | PURCHASE | 12/20 | J | | |
| 763 COLUMBIA SPORTSWEAR COMPANY | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |
| 764 | | | | | PURCHASE | 5/8 | J | | |
| 765 | | | | | PARTIAL SALE | 6/1 | J | A | |
| 766 | | | | | PURCHASE | 9/11 | J | | |
| 767 | | | | | PURCHASE | 9/26 | J | | |
| 768 | | | | | PURCHASE | 9/28 | J | | |
| 769 | | | | | PURCHASE | 11/21 | J | | |
| 770 | | | | | PURCHASE | 12/4 | J | | |
| 771 | | | | | PURCHASE | 12/14 | J | | |
| 772 DARLING INTERNATIONAL INC | | NONE | K | T | PURCHASE | 5/4 | K | | |
| 773 | | | | | PARTIAL SALE | 7/9 | J | A | |
| 774 | | | | | PARTIAL SALE | 10/1 | J | A | |
| 775 | | | | | PARTIAL SALE | 11/20 | J | A | |
| 776 | | | | | PARTIAL SALE | 11/30 | J | A | |
| 777 FLOWSERVE CORPORATION | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |
| 778 | | | | | PURCHASE | 5/8 | J | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | PARTIAL SALE | 7/17 | J | B | |
| | | | | | PARTIAL SALE | 8/13 | J | A | |
| | | | | | PARTIAL SALE | 8/31 | J | A | |
| | | | | | PARTIAL SALE | 10/1 | J | A | |
| GRAY TELEVISION INC | A | DIVIDEND | J | T | PURCHASE | 7/26 | J | | |
| | | | | | PURCHASE | 8/7 | J | | |
| | | | | | PURCHASE | 8/13 | J | | |
| | | | | | PURCHASE | 8/14 | J | | |
| | | | | | PURCHASE | 8/15 | J | | |
| | | | | | PURCHASE | 9/11 | J | | |
| | | | | | PURCHASE | 9/28 | J | | |
| | | | | | PURCHASE | 12/4 | J | | |
| | | | | | PURCHASE | 12/5 | J | | |
| JAMES RIVER COAL COMPANY | | NONE | K | T | PURCHASE | 5/4 | J | | |
| | | | | | PARTIAL SALE | 6/20 | J | A | |
| | | | | | PURCHASE | 7/18 | J | | |
| | | | | | PURCHASE | 7/20 | J | | |
| | | | | | PURCHASE | 7/25 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>( A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>( J - P) | (2)<br>VALUE<br>METHOD<br>( Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>( J - P) | (4)<br>GAIN<br>CODE<br>( A - H) | (5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 797 | | | | | PURCHASE | 8/8 | J | | |
| 798 | | | | | PURCHASE | 9/28 | J | | |
| 799 | | | | | PURCHASE | 11/28 | J | | |
| 800 KOPPERS HOLDINGS, INC | | NONE | J | T | PURCHASE | 8/16 | J | | |
| 801 | | | | | PURCHASE | 8/17 | J | | |
| 802 | | | | | PURCHASE | 11/6 | J | | |
| 803 | | | | | PURCHASE | 11/14 | J | | |
| 804 | | | | | PURCHASE | 11/20 | J | | |
| 805 LUBRIZOL CORPORATION | A | DIVIDEND | | | PURCHASE | 5/4 | K | | |
| 806 | | | | | PARTIAL SALE | 8/13 | J | | |
| 807 | | | | | PARTIAL SALE | 8/17 | J | | |
| 808 | | | | | SOLD | 8/22 | J | | |
| 809 NEWFIELD EXPLORATION CO | | NONE | K | T | PURCHASE | 5/4 | J | | |
| 810 | | | | | PARTIAL SALE | 7/26 | J | A | |
| 811 | | | | | PARTIAL SALE | 8/13 | J | A | |
| 812 | | | | | PURCHASE | 12/3 | J | | |
| 813 | | | | | PURCHASE | 12/4 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 814  NEWPORT CORP | | NONE | K | T | PURCHASE | 5/4 | K | | |
| 815 | | | | | PURCHASE | 5/17 | J | | |
| 816 | | | | | PURCHASE | 6/1 | J | | |
| 817 | | | | | PURCHASE | 8/6 | J | | |
| 818 | | | | | PURCHASE | 9/26 | J | | |
| 819 | | | | | PURCHASE | 11/13 | J | | |
| 820 | | | | | PURCHASE | 12/4 | J | | |
| 821  OGE ENERGY CORP | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |
| 822 | | | | | PURCHASE | 5/18 | J | | |
| 823 | | | | | PURCHASE | 6/1 | J | | |
| 824 | | | | | PURCHASE | 6/20 | J | | |
| 825 | | | | | PURCHASE | 9/11 | J | | |
| 826 | | | | | PURCHASE | 11/6 | J | | |
| 827 | | | | | PARTIAL SALE | 12/10 | J | | |
| 828  PETROQUEST ENERGY, INC | | NONE | J | T | PURCHASE | 12/10 | J | | |
| 829 | | | | | PURCHASE | 12/13 | J | | |
| 830 | | | | | PURCHASE | 12/14 | J | | |
| 831  POLARIS INDS INC | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 832 | | | | | | PURCHASE | 5/15 | J | | |
| 833 | | | | | | PARTIAL SALE | 6/1 | J | A | |
| 834 | | | | | | PURCHASE | 8/9 | J | | |
| 835 | | | | | | PURCHASE | 9/11 | J | | |
| 836 | | | | | | PURCHASE | 9/26 | J | | |
| 837 | | | | | | PURCHASE | 11/6 | J | | |
| 838 | QUANEX CORP | A | DIVIDEND | | | PURCHASE | 5/4 | K | | |
| 839 | | | | | | PARTIAL SALE | 6/1 | J | A | |
| 840 | | | | | | PURCHASE | 8/6 | J | | |
| 841 | | | | | | PURCHASE | 8/9 | J | | |
| 842 | | | | | | PARTIAL SALE | 10/1 | J | A | |
| 843 | | | | | | SOLD | 12/5 | K | C | |
| 844 | SMITHFIELD FOODS INC | | NONE | K | T | PURCHASE | 5/4 | K | | |
| 845 | | | | | | PURCHASE | 6/20 | J | | |
| 846 | | | | | | PURCHASE | 7/12 | J | | |
| 847 | | | | | | PARTIAL SALE | 8/13 | J | A | |
| 848 | | | | | | PARTIAL SALE | 8/24 | J | A | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 849 | | | | | PURCHASE | 9/20 | J | | |
| 850 | | | | | PURCHASE | 11/5 | J | | |
| 851 TRACTOR SUPPLY CO | | NONE | K | T | PURCHASE | 5/4 | J | | |
| 852 | | | | | PURCHASE | 9/26 | J | | |
| 853 | | | | | PURCHASE | 11/2 | J | | |
| 854 | | | | | PURCHASE | 12/14 | J | | |
| 855 TRINITY INDUSTRIES INC | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |
| 856 | | | | | PURCHASE | 6/20 | J | | |
| 857 | | | | | PURCHASE | 6/26 | J | | |
| 858 | | | | | PURCHASE | 8/6 | J | | |
| 859 | | | | | PURCHASE | 8/9 | J | | |
| 860 | | | | | PURCHASE | 9/11 | J | | |
| 861 | | | | | PURCHASE | 12/12 | J | | |
| 862 URS CORPORATION | | NONE | K | T | PURCHASE | 5/4 | K | | |
| 863 | | | | | PARTIAL SALE | 8/13 | J | A | |
| 864 | | | | | PARTIAL SALE | 10/1 | J | A | |
| 865 | | | | | PARTIAL SALE | 11/2 | J | B | |
| 866 | | | | | PURCHASE | 12/14 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 867 USEC INC | | NONE | K | T | PURCHASE | 7/25 | J | | |
| 868 | | | | | PURCHASE | 8/9 | J | | |
| 869 | | | | | PURCHASE | 9/5 | J | | |
| 870 | | | | | PURCHASE | 9/7 | J | | |
| 871 | | | | | PURCHASE | 9/20 | J | | |
| 872 | | | | | PURCHASE | 9/28 | J | | |
| 873 | | | | | PURCHASE | 10/2 | J | | |
| 874 | | | | | PURCHASE | 10/5 | J | | |
| 875 | | | | | PURCHASE | 11/21 | J | | |
| 876 WASHINGTON FEDERAL INC | A | DIVIDEND | K | T | PURCHASE | 5/4 | K | | |
| 877 | | | | | PURCHASE | 5/15 | J | | |
| 878 | | | | | PURCHASE | 6/20 | J | | |
| 879 | | | | | PURCHASE | 7/13 | J | | |
| 880 | | | | | PURCHASE | 7/18 | J | | |
| 881 | | | | | PARTIAL SALE | 8/24 | J | A | |
| 882 | | | | | PURCHASE | 11/5 | J | | |
| 883 | | | | | PURCHASE | 11/21 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 884 | | | | | PURCHASE | 12/14 | J | | |
| FOUNDATION BROKERAGE ACCOUNT #3 (NEW) (LINES 885-886) | | | | | | | | | |
| -- SPRUCEGROVE NON US EQUITY LLC/CASH ACCOUNT | A | INTEREST | J | T | OPENED ACCOUNT | 5/31 | O | | |
| -- SPRUCEGROVE NON US EQUITY OFFSHORE LP | | NONE | O | T | PURCHASE | 5/31 | O | | |
| INVESTMENTS IN NON-PUBLIC COMPANIES (LINES 887-1022) (SEE NOTES 5 & 7 IN SECTION VIII) | | | | | | | | | |
| ARIZONA SNOWBOWL (AKA SUNWEST HOLDINGS)<br>(SEE NOTE 1 IN SECTION VIII) | F | K-1 DISTR | N | W | | | | | |
| ENTERTAINMENT ACQUISITION<br>(SEE NOTES 1 & 19 IN SECTION VIII) | E | K-1 DISTR/<br>ROYALTIES | | | | | | | |
| CARTOON CUTS<br>(SEE NOTE 1 IN SECTION VIII) | | NONE | J | W | | | | | |
| COSMOS PARTNERS<br>(SEE NOTES 1 & 22 IN SECTION VIII) | D | K-1 DISTR | K | V | NOTE PROCEEDS | 1/3 | K | | |
| TAMPA BAY DEVIL RAYS<br>(SEE NOTES 1 & 16 IN SECTION VIII) | | NONE | N | W | | | | | |
| FRESH DIRECT | | NONE | O | W | | | | | |
| HALL CAPITAL PARTNERS (FKA OFFIT HALL)<br>(SEE NOTE 9 IN SECTION VIII) | D | K-1 DISTR | | | DISTRIBUTION | 4/5 | K | | |
| | | | | | WITHDREW ALL FUNDS | 7/2 | O | G | |
| OPUS MEDIA PARTNERS<br>(SEE NOTE 9 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 4/19 | L | | |
| BSMB/UHS CO-INVESTMENT PARNTERS, LP<br>(SEE NOTE 9 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 7/5 | M | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|
| 897 BEAR STEARNS MERCHANT BANK II (SEE NOTES 9 & 16 IN SECTION VIII) | F | K-1 DISTR | O | W | DISTRIBUTION | 2/2 | K | | |
| 898 | | | | | ADDITIONAL INVESTMENT | 2/2 | J | | |
| 899 | | | | | ADDITIONAL INVESTMENT | 5/14 | K | | |
| 900 | | | | | DISTRIBUTION | 5/14 | J | | |
| 901 | | | | | ADDITIONAL INVESTMENT | 10/1 | J | | |
| 902 | | | | | DISTRIBUTION | 10/1 | M | | |
| 903 BEAR STEARNS MERCHANT BANK III (SEE NOTES 9 & 16 IN SECTION VIII) | A | K-1 DISTR | O | W | ADDITIONAL INVESTMENT | 2/12 | M | | |
| 904 | | | | | ADDITIONAL INVESTMENT | 3/12 | K | | |
| 905 | | | | | DISTRIBUTION | 3/12 | J | | |
| 906 | | | | | ADDITIONAL INVESTMENT | 6/4 | M | | |
| 907 | | | | | ADDITIONAL INVESTMENT | 8/30 | L | | |
| 908 | | | | | ADDITIONAL INVESTMENT | 11/14 | L | | |
| 909 BLACKSTONE REAL ESTATE PARTNERS (SEE NOTES 9 & 16 IN SECTION VIII) | | NONE | P1 | W | INITIAL INVESTMENT | 9/26 | O | | |
| 910 | | | | | ADDITIONAL INVESTMENT | 10/19 | P1 | | |
| 911 | | | | | ADDITIONAL INVESTMENT | 12/10 | K | | |
| 912 CENTERVIEW CAPITAL (SEE NOTE 9 IN SECTION VIII) | A | K-1 DISTR | M | W | INITIAL INVESTMENT | 12/7 | M | | |
| 913 BIRDS EYE FOODS (FKA AGRILINK) (SEE NOTE 17 IN SECTION VIII) | G | DIV | P1 | W | RETURN OF CAPITAL | 4/4 | P1 | G | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 914 | | | | | RETURN OF CAPITAL | 7/18 | O | G | |
| 915 | | | | | DISTRIBUTION | 7/20 | L | | |
| 916 ADVANCED ORGANICS ( SEE NOTES 8 & 17 IN SECTION VIII) | | NONE | | | RETURN OF CAPITAL | 12/21 | J | | |
| 917 BORDER MEDIA ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | ADDITIONAL INVESTMENT | 5/29 | M | | |
| 918 DYNA VOX ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | DISTRIBUTION | 4/4 | J | | |
| 919 SIEGELGALE ( SEE NOTE 17 & 21 IN SECTION VIII) | | NONE | | | RETURN OF CAPITAL | 12/21 | J | | |
| 920 VESTAR ASSOCIATES ( II) ( SEE NOTES 10 & 16 IN SECTION VIII) | | NONE | | | | | | | |
| 921 VESTAR CAPITAL PARTNERS/ASSOC. ( III) ( SEE NOTES 10 & 16 IN SECTION VIII) | | NONE | | | | | | | |
| 922 VESTAR CAPITAL PARTNERS/ASSOC. ( IV & AIV) ( SEE NOTES 10 & 16 IN SECTION VIII) | G | K-1 DISTR | L | W | RETURN OF CAPITAL | 4/5 | J | | |
| 923 | | | | | DISTRIBUTION | 4/4 | L | | |
| 924 VESTAR CAPITAL PARTNERS/ASSOC ( V) ( SEE NOTES 10 & 16 IN SECTION VIII) | D | K-1 DISTR | | | | | | | |
| 925 GOLD TOE ( FKA CLUETT AMERICAN) ( SEE NOTES 14 & 17 IN SECTION VIII) | | NONE | L | W | ADDITIONAL PROCEEDS | 2/28 | K | E | |
| 926 CONSOLIDATED CONTAINER ( SEE NOTE 17 IN SECTION VIII) | C | INTEREST | P1 | W | BOND TENDER PROCEEDS | 12/21 | L | E | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 927  ST JOHNS KNITS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 12/21 | L | | |
| 928  ARGO TECH<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | PARTIAL SALE | 4/4 | O | G | EATON<br>CORP |
| 929  AZ ELECTRONIC MATERIALS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 3/23 | M | | |
| 930  CCS INCOME TRUST<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 11/5 | N | | |
| 931 | | | | | ADDITIONAL INVESTMENT | 11/26 | J | | |
| 932  CESARE FIORUCCI<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 933  DUFF & PHELPS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | DISTRIBUTION | 4/4 | K | | |
| 934 | | | | | PARTIAL SALE | 10/23 | N | G | |
| 935 | | | | | DISTRIBUTION | 10/24 | J | | |
| 936  ESSENT HEALTHCARE<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 937  GLEASON CORP<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | | | | | |
| 938  HUISH DETERGENTS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 4/20 | N | | |
| 939  MEDI-MEDIA<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | | | | | |
| 940  NATIONAL MENTOR HOLDINGS | | NONE | L | W | RETURN OF CAPITAL | 7/30 | M | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| | ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 941 | | | | | | DISTRIBUTION | 7/30 | K | E | |
| 942 | NYBRON FLOORING ( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | | | | | |
| 943 | OGF GROUP ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | SOLD | 10/23 | P1 | H1 | ASTORG PARTNERS |
| 944 | | | | | | ROLLOVER INVESTMENT | 10/23 | M | | |
| 945 | | | | | | ADDITIONAL PROCEEDS | 10/24 | M | G | |
| 946 | PARIS RE ( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | RETURN OF CAPITAL | 7/30 | K | C | |
| 947 | FL SELENIA ( SEE NOTE 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL PROCEEDS | 12/28 | M | G | |
| 948 | SEVES SPA ( SEE NOTE 17 IN SECTION VIII) | | NONE | L | W | | | | | |
| 949 | SOLO CUP COMPANY ( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 950 | SUNRISE MEDICAL/JOERNS HEALTHCARE ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 951 | SYMETRA FINANCIAL ( SEE NOTE 17 IN SECTION VIII) | F | DIVIDEND | O | W | | | | | |
| 952 | VALIDUS HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 953 | WILTON RE HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 954 ZANUSSI METALLURGICA ( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL SALE PROCEEDS | 4/4 | J | D | |
| 955 AVON DISTRIBUTION LLC ( SEE NOTES 1 & 18 IN SECTION VIII) | | NONE | P1 | V | | | | | |
| 956 FLAG VENTURE PARTNERS ( SEE NOTES 9 & 16 IN SECTION VIII) | G | K-1DISTR | P1 | W | DISTRIBUTION | 2/27 | K | | |
| 957 | | | | | ADDITIONAL INVESTMENT | 3/14 | L | | |
| 958 | | | | | DISTRIBUTION | 5/10 | L | | |
| 959 | | | | | DISTRIBUTION | 5/31 | K | | |
| 960 | | | | | ADDITIONAL INVESTMENT | 6/26 | K | | |
| 961 | | | | | ADDITIONAL INVESTMENT | 7/31 | L | | |
| 962 | | | | | DISTRIBUTION | 9/13 | L | | |
| 963 | | | | | ADDITIONAL INVESTMENT | 11/20 | L | | |
| 964 | | | | | DISTRIBUTION | 12/19 | L | | |
| 965 RED ABBEY ( SEE NOTES 9 & 12 IN SECTION VIII) | E | K-1 DISTR | O | W | DISTRIBUTION | 2/2 | J | | |
| 966 | | | | | ADDITIONAL INVESTMENT | 3/5 | K | | |
| 967 | | | | | ADDITIONAL INVESTMENT | 4/30 | K | | |
| 968 | | | | | DISTRIBUTION | 6/7 | J | | |
| 969 | | | | | ADDITIONAL INVESTMENT | 11/21 | K | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 970 | | | | | DEEMED INVESTMENT | NOV/DEC | K | | |
| 971 | | | | | DEEMED DISTRIBUTION | NOV/DEC | K | | |
| 972 | | | | | DELIVERED SIRTRIS STOCK ( SEE LINE 336 ABOVE) | 12/13 | J | | |
| 973 SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS ( I ) ( SEE NOTES 10 & 16 IN SECTION VIII) | A | K-1 DISTR/ INTEREST | | | | | | | |
| 974 SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS ( II ) ( SEE NOTES 10 & 16 IN SECTION VIII) | G | K-1 DISTR | | | | | | | |
| 975 SENTINEL CAPITAL PARTNERS ( III ) ( SEE NOTE 10 IN SECTION VIII) | E | K-1 DISTR | | | | | | | |
| 976 ALEMITE HOLDINGS ( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL SALE PROCEEDS | 7/31 | L | F | |
| 977 FASLOC ( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 1/23 | P1 | H1 | DYWIDAG SYSTEMS |
| 978 | | | | | ADDITIONAL SALE PROCEEDS | 9/27 | K | E | |
| 979 HASCO ( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL SALE PROCEEDS | 4/20 | K | E | |
| 980 INSCAPE ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 9/27 | O | | |
| 981 INTERIM HEALTHCARE ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 982 LTI FLEXIBLE PRODUCTS ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |

| | A. | B. | | C. | | D. | | | | |
| | DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|---|
| 983 | MADILL CORP ( SEE NOTES 8 & 17 IN SECTION VIII) | | NONE | | | | | | | |
| 984 | METROPOLITAN DENTAL ( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 9/27 | O | G | AMERICAN DENTAL |
| 985 | MIDWEST WHOLESALE HARDWARE ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 7/2 | N | | |
| 986 | | | | | | RECAPITALIZATION | 9/27 | M | | |
| 987 | NIVEL ( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 10/19 | P1 | H1 | THE AUDAX GROUP |
| 988 | REACHOUT HEALTHCARE ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 12/12 | N | | |
| 989 | BUFFETS INC ( SEE NOTES 8 & 17 IN SECTION VIII) | | NONE | | | | | | | |
| 990 | SPINRITE ( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | ADDITIONAL INVESTMENT | 12/12 | O | | |
| 991 | STRATEGIC PARTNERS ( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 992 | TRINITY CONSULTANTS HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 12/12 | N | | |
| 993 | TRUSSBILT HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 7/2 | N | | |
| 994 | VINTAGE HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 12/12 | N | | |
| 995 | SCIENS CAPITAL PARTNERS | | NONE | O | W | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| ( SEE NOTES 9 & 16 IN SECTION VIII) | | | | | | | | | |
| NORTHERN HELLENIC HOLDINGS LLC<br>( SEE NOTES 9 & 18 IN SECTION VIII) | | NONE | N | V | | | | | |
| SCIENS VENTURE PARTNERS  ( AKA ZILKHA VENTURE)<br>( SEE NOTES 8, 9 & 16 IN SECTION VIII) | G | K-1 DISTR | | | DISTRIBUTION | 3/19 | M | | |
| PARK AVENUE PARTNERS<br>( SEE NOTES 9 & 16 IN SECTION VIII) | E | K-1 DISTR | P1 | W | ADDITIONAL INVESTMENT | 2/20 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 3/28 | J | | |
| | | | | | DISTRIBUTION | 5/9 | K | | |
| | | | | | DISTRIBUTION | 6/4 | K | | |
| | | | | | ADDITIONAL INVESTMEMT | 6/4 | J | | |
| | | | | | DISTRIBUTION | 12/5 | J | | |
| | | | | | ADDITIONAL INVESTMEMT | 12/5 | J | | |
| QUINTANA ENERGY PARTNERS<br>( SEE NOTES 9 & 16 IN SECTION VIII) | D | K-1 DISTR | O | W | INITIAL INVESTMENT | 1/29 | N | | |
| | | | | | ADDITIONAL INVESTMEMT | 6/26 | M | | |
| | | | | | ADDITIONAL INVESTMEMT | 8/14 | K | | |
| | | | | | ADDITIONAL INVESTMEMT | 12/18 | M | | |
| LEHMAN BROTHERS CO-INVSTMNT LP/CAYMAN AIV LP<br>( SEE NOTES 9 & 16 IN SECTION VIII) | G | K-1 DISTR/<br>INT/DIV | P1 | W | ADDITIONAL INVESTMEMT | 1/30 | K | | |
| | | | | | ADDITIONAL INVESTMEMT | 3/22 | M | | |
| | | | | | DISTRIBUTION | 3/22 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 1012 | | | | | DISTRIBUTION | 5/25 | J | | |
| 1013 | | | | | ADDITIONAL INVESTMEMT | 5/25 | L | | |
| 1014 | | | | | ADDITIONAL INVESTMEMT | 6/25 | L | | |
| 1015 | | | | | DISTRIBUTION | 7/26 | K | | |
| 1016 | | | | | ADDITIONAL INVESTMEMT | 7/26 | K | | |
| 1017 | | | | | ADDITIONAL INVESTMEMT | 9/7 | M | | |
| 1018 | | | | | ADDITIONAL INVESTMEMT | 9/20 | L | | |
| 1019 | | | | | ADDITIONAL INVESTMEMT | 9/28 | L | | |
| 1020 | | | | | DISTRIBUTION | 10/1 | J | | |
| 1021 | | | | | ADDITIONAL INVESTMEMT | 12/26 | K | | |
| 1022 | | | | | DISTRIBUTION | 12/28 | N | | |
| OTHER INVESTMENTS/NOTES RECEIVABLE (1023-1037) | | | | | | | | | |
| 1023 CHESAPEAKE PARTNERS ( SEE NOTE 1 IN SECTION VIII) | H1 | K-1 DISTR | P2 | U | | | | | |
| 1024 FARALLON CAPITAL PARTNERS<br>( SEE NOTES 1 & 16 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 1025 AXIOM INTERNATIONAL INVESTORS LLC<br>( SEE NOTE 1 IN SECTION VIII) | H1 | K-1 DISTR | P1 | U | | | | | |
| 1026 THE BLENHEIM FUND LLC ( SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 1027 PORTAGE PARTNERS ( SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | INITIAL INVESTMENT | 5/30 | P1 | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 1028 TOWLE CAPITAL PARTNERS ( SEE NOTE 1 IN SECTION VIII) | | NONE | O | U | INITIAL INVESTMENT | 10/30 | O | | |
| 1029 WHALE ROCK FLAGSHIP FUND ( SEE NOTE 1 IN SECTION VIII | E | K-1 DISTR | P1 | U | INITIAL INVESTMENT | 10/26 | P1 | | |
| 1030 BLUE AND GRAY PARTNERSHIP ( SEE NOTES 1, 15 & 16 IN SECTION VIII) | | NONE | K | V | | | | | |
| 1031 F.E. RICHARDSON & CO ( SEE NOTES 1, 13 & 16 IN SECTION VIII) | | NONE | P1 | V | | | | | |
| 1032 RACE HORSES | | NONE | L | W | | | | | |
| 1033 OP40 INC ( SEE NOTE 5 IN SECTION VIII) | | NONE | L | W | | | | | |
| 1034 OSCAR S SCHAFER PARTNERS II ( SEE NOTE 1 IN SECTION VIII) | H1 | K-1 DISTR | P2 | U | ADDITIONAL INVESTMENT | 11/29 | O | | |
| 1035 NOTE RECEIVABLE - ALISON SALMON | | NONE | M | T | LOAN | 2/5 | M | | |
| 1036 NOTE RECEIVABLE - PAT PURTELL | A | INTEREST | | | LOAN | 12/7 | J | | |
| 1037 | | | | | LOAN FORGIVEN | 12/31 | J | | |
| PROFIT SHARING PLAN FUNDS ( LINES 1038-1039) | | | | | | | | | |
| 1038 --- ING T. ROWE PRICE EQ INCOME PT | | NONE | M | T | | | | | |
| 1039 --- ING MARSICO INTERNATIONAL OPP PORT | | NONE | L | T | | | | | |
| 1040 GOLDMAN SACHS BANK DEPOSIT #4 | D | CIL/INT | | | CLOSED ACCOUNT | 11/6 | J | | |
| 1041 CITIBANK INTEREST CHECKING ACCOUNT #3 ( MISTAKINGLY CALLED ACCOUNT #2 ON 2006 FDR) | A | INTEREST | J | T | | | | | |
| 1042 AVON DISTRIBUTION LLC | | NONE | K | V | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| (SEE NOTES 1 & 18 IN SECTION VIII) | | | | | | | | | |
| 1043  NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH #2 | A | DIVIDEND | J | T | OPENED ACCOUNT | 10/30 | M | | |
| 1044  ALTRIA GROUP COMMON STOCK | C | DIVIDEND | M | T | PURCHASE | 3/5 | M | | |
| 1045 | | | | | SPUN OFF KRAFT FOODS<br>(SEE LINE 1057 BELOW) | 4/2 | K | | |
| 1046  AMERICA MOVIL COMMON STOCK | C | DIVIDEND | M | T | PURCHASE | 2/9 | L | | |
| 1047  AMERICAN INTERNATIONAL GROUP COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 11/8 | L | | |
| 1048  ANADARKO PETROLEUM CORP COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 11/8 | L | | |
| 1049  BLACKROCK INC COMMON STOCK | C | DIVIDEND | M | T | | | | | |
| 1050  CBS CORP COMMON STOCK | | NONE | K | T | PURCHASE | 12/4 | K | | |
| 1051  CONOCOPHILLIPS COMMON STOCK | B | DIVIDEND | | | SOLD | 11/8 | M | E | |
| 1052  FEDEX CORP COMMON STOCK | A | DIVIDEND | | | SOLD | 7/26 | L | | |
| 1053  HEWLETT-PACKARD CO COMMON STOCK | A | DIVIDEND | | | SOLD | 11/9 | M | E | |
| 1054  HOME DEPOT INC COMMON STOCK | | NONE | | | SOLD | 1/5 | M | F | |
| 1055  INTERNATIONAL BUSINESS MACHINE CMN STOCK | A | DIVIDEND | L | T | PURCHASE | 11/8 | L | | |
| 1056  JOHNSON & JOHNSON COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 1057  KRAFT FOODS COMMON STOCK | A | DIV/CIL | K | T | SPUN OFF FROM ALTRIA<br>(SEE LINE 1045 ABOVE) | 4/2 | K | | |
| 1058  LUCENT TECHNOLOGIES CONV PREFD | | NONE | | | SOLD | 12/11 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 1059 MEDTRONIC COMMON STOCK | A | DIVIDEND | | | SOLD | 3/5 | K | | |
| 1060 MURPHY OIL CORP COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 11/8 | L | | |
| 1061 PACKAGING CORP AMER COMMON STOCK | | NONE | K | T | PURCHASE | 11/8 | L | | |
| 1062 SHIP FINANCE INTERNATIONAL LTD CMN STOCK | | NONE | K | T | PURCHASE | 12/4 | K | | |
| 1063 SMURFIT-STONE CONTAINER CORP CMN STOCK | | NONE | L | T | PURCHASE | 11/8 | K | | |
| 1064 | | | | | PURCHASE | 11/9 | K | | |
| 1065 SCNIC CORP COMMON STOCK | | NONE | | | SOLD | 11/8 | M | D | |
| 1066 STRYKER CORP COMMON STOCK | A | DIVIDEND | | | SOLD | 11/8 | L | F | |
| 1067 SUNCOR ENERGY COMMON STOCK | A | DIVIDEND | M | T | | | | | |
| 1068 UNITED TECHNOLOGIES CORP COMMON STOCK | B | DIVIDEND | M | T | | | | | |
| 1069 UNUM GROUP COMMON STOCK | | NONE | L | T | PURCHASE | 11/8 | L | | |
| 1070 XEROX CORP COMMON STOCK | | NONE | L | T | PURCHASE | 11/8 | L | | |
| 1071 RENTAL PROPERTY PNC CHECKING ACCOUNT | | NONE | | | FINAL DISTRIBUTION | 2/2 | J | | |
| 1072 | | | | | CLOSED ACCOUNT | 5/31 | J | | |
| 1073 TRUST #1 | E | DIV/INT/CIL | P1 | T | | | | | |
| 1074 --- GOLDMAN SACHS BANK DEPOSIT/CASH #5 | | | | | | | | | |
| 1075 --- ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 1076 --- ALTRIA GROUP INC COMMON STOCK | | | | | PURCHASE | 3/5 | M | | |
| 1077 | | | | | SPUN OFF KRAFT FOODS ( SEE LINE 1085 BELOW) | 4/2 | K | | |
| 1078 --- AMERICA MOVIL COMMON STOCK | | | | | PURCHASE | 2/9 | L | | |
| 1079 --- ANHEUSER BUSCH COS INC COMMON STOCK | | | | | | | | | |
| 1080 --- BLACKROCK, INC COMMON STOCK | | | | | | | | | |
| 1081 --- FEDEX CORP COMMON STOCK | | | | | SOLD | 7/26 | K | | |
| 1082 --- HEWLETT-PACKARD CO COMMON STOCK | | | | | | | | | |
| 1083 --- HOME DEPOT INC COMMON STOCK | | | | | SOLD | 2/9 | M | F | |
| 1084 --- JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 1085 --- KRAFT FOODS INC COMMON STOCK | | | | | SPUN OFF FROM ALTRIA ( SEE LINE 1077 ABOVE) | 4/2 | K | | |
| 1086 --- LUCENT TECHNOLOGIES CONV PREFD | | | | | | | | | |
| 1087 --- MEDTRONIC INC COMMON STOCK | | | | | | | | | |
| 1088 --- SONIC CORP COMMON STOCK | | | | | | | | | |
| 1089 --- WHITE MTNS INS GROUP COMMON STOCK | | | | | | | | | |
| 1090 --- PLUM CREEK TIMBER CO INC STOCK | | | | | | | | | |
| 1091 TRUST #2 ( FKA TRUST #3) | | NONE | | | CLOSED ACCOUNT | 1/16 | J | | |
| 1092 TRUST #3 ( FKA TRUST #4) | E | DIVIDEND | M | T | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 1093  --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 1094  --- JENNISON 20/20 FOCUS FUND  ( MUTUAL FUND) | | | | | | | | | |
| 1095  --- THIRD AVENUE INTL VALUE  ( MUTUAL FUND) | | | | | | | | | |
| 1096  TRUST #4  (FKA TRUST #5) | D | DIVIDEND | L | T | | | | | |
| 1097  --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 1098  --- JENNISON 20/20 FOCUS FUND  ( MUTUAL FUND) | | | | | | | | | |
| 1099  RENTAL PROPERTY  - NEW YORK, NY ( 6/15/2005  $850,000) | D | RENT | O | R | | | | | |
| 1100  MOORINGS/NAUTICAL ( SEE NOTES 1, 19 & 20 IN SECTION VIII) | A | INTEREST | K | V | | | | | |
| 1101  MELLON BANK ESCROW ACCOUNT ( SEE NOTE 23 IN SECTION VIII) | G | INTEREST | | | | | | | |
| 1102  CITIBANK INTEREST CHECKING ACCOUNT # 4 ( SEE NOTE 6 IN SECTION VIII) | A | INTEREST | J | T | | | | | |
| 1103  MERRILL LYNCH ACCOUNT - ML #3 ( SEE NOTE 24 IN SECTION VIII) | | NONE | | | ACCOUNT OPENED | 9/18 | | | |

ADS - 5/7/2008
Disk: 2007 Disclosure File: 07discl

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See attached

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

### NOTE 1
If there was either a partial withdrawal or no withdrawal from this S corporation or partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "K-1 DISTR" (K-1 Distribution). If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

If the S Corporation or partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR".

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Examiner.

### NOTE 2
This bond is a zero coupon bond. Therefore, there is no interest paid to the holder. However, the financial institution does report Original Issue Discount (OID) to the holder and that is the amount that is included on this report. Regarding the sale of this bond, its cost was not available; thus, all proceeds were considered gain.

### NOTE 3
This is an investment account with a core cash account attached. All of the stock/mutual fund investments are listed separately on this report. Neither the income nor the cash balance at year-end met the threshold for reporting. However, since there are other reportable accounts at this financial institution, this account is deemed reportable.

### NOTE 4
For put options that were sold short and then expired, the gain is included on the "OPTION EXPIRED" line because that was when the gain was realized. Since the option was sold short, though, the value was recorded at the time of sale and included on the "SOLD SHORT" line. Therefore, there is no value code listed on the "OPTION EXPIRED" line.

### NOTE 5
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

**NOTE 6**
This checking account was inadvertently omitted from the 2005 and 2006 Disclosure Reports. It was opened on 8/11/2005 with a value code of "J". It had interest income of "A" and a year-end balance code of "J" for 2005 and 2006. Per Peter Laugesen, Financial Disclosure Examiner, amending the prior Disclosure Reports is not necessary.

**NOTE 7**
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "NONE". If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Column B.(1) and both types of income are noted in Column B.(2).

**NOTE 8**
Although there is an investment in this company, it is considered worthless. Therefore, there is no year-end value code reported in Column C.(1).

**NOTE 9**
There is a limited partnership interest in this entity. Since the filer cannot "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35,* the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "ADDITIONAL INVESTMENT" is noted in Column D.(1). The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting ▇▇▇▇, "DISTRIBUTION" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

**NOTE 10**
There are several Vestar and Sentinel Partnerships (See Lines 920-924 and 973-975 in Section VII). The companies they own are all listed separately on this report because the filer "can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," *Financial Disclosure Filing Instructions, page 35.*

In Vestar III, IV and V and all of the Sentinel Funds, there is both a limited partner (LP) and general partner (GP) interest (each interest is housed in a different partnership). For Vestar II, however, Vestar Equity Partners II filed its final K-1 in 2006; therefore, only Vestar Associates II remains. For purposes of this report, the K-1 information for the LP/GP interests of each Fund is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report (the GP/LP interests are both included when determining the value code for Column C.(1)).

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then "NONE" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Of the Vestar Funds and the Sentinel Funds, only Vestar IV had a value on the books as of the end of 2007. Therefore, there is no market value reported in Column C.(1) for any of the other funds. Because the Partnerships' portfolio companies are listed separately on this report, the partnerships themselves oftentimes show no market value.

## NOTE 11
Although this account is still open, all the cash and then some margin funds were redeployed. Therefore, there is no code in Column C. The margin balance at year-end is not included in Section VI, Liabilities, because the balance of the liability never met the reporting requirement.

## NOTE 12
In a letter dated January 25, 2008, the company described sales of underlying securities during November/December, 2007. Rather than distributing the proceeds, the company made a "deemed distribution" and used the proceeds to fund a capital call ("deemed investment"). The letter did not mention a specific date. Therefore, on Lines 971 and 972, we used "NOV/DEC".

## NOTE 13
The filer is the sole shareholder of this S corporation. The company's assets are limited to office furniture, office equipment, a checking account, a money market account and a

limited partnership interest which is listed separately on this report. The value used to determine the year-end valuation code was the checking/money market account balances plus the office furniture/equipment less accumulated depreciation balance from the 2007 tax return prepared by PriceWaterhouseCoopers.

## NOTE 14
The company was sold in a prior year. During the reporting period, the filer learned that there is some outstanding value (funds held in escrow). Therefore, the filer's estimated escrow value was used to determine the value shown in Column C.

## NOTE 15
The year-end value code was determined by taking the 2006 K-1 Ending Capital Balance and subtracting the estimated 2007 K-1 loss since the 2007 K-1 was not received by the 5/15/2008 filing deadline.

## NOTE 16
This company's 2007 K-1 was not received by the May 15, 2008 Disclosure Report filing date. Therefore, the company's income has been estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code reported in this report, a letter explaining the difference will be filed with the Committee.

## NOTE 17
This investment is made through either a Vestar or a Sentinel partnership (See Lines 920-924 and 973-975 in Section VII). Since the filer can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35*, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If there was income received separate from the K-1 it is recorded in Column B. See Note 10 for more information.

## NOTE 18
The Ending Capital Account value from the entity's 2007 K-1 was used to determine its year-end value code for Column C.(1).

## NOTE 19
This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, the K-1 reported income over the threshold level so the asset is reportable.

**NOTE 20**
In 2007, the filer learned that there is a Nautical related Liquidating Trust. The year-end value code included in this report was determined by multiplying the filer's Nautical shareholder percentage by the value of the Trust. The interest income noted on the report relates to the trust as well.

**NOTE 21**
This company was sold in a prior year. Therefore, there is no year end value reported in Column C.(1).

**NOTE 22**
This partnership is winding down. In 2004, its consulting business and its fund of funds business were sold. Those businesses made up the bulk of the partnership. Subsequent to the sales, the partnership changed its name to Cosmos Partners.

Milliman purchased the consulting business in a cash/note payable deal. Milliman will make the final note payment in 2008. The amount used to determine the code for Column C.(1) is the estimated value of the outstanding Milliman note payment.

**NOTE 23**
In 2006, ENM, Inc. was sold. At that time, some funds were withheld in escrow. We did not include the value of the escrow funds on the 2006 Disclosure and we are not including it on this report because the value is not determinable. ENM's purchaser can make claims against the escrow until June, 2008. Only after that time will the filer know the value of the remaining escrow. In the meantime, however, the interest earned on the escrow account belongs to the filer and is being distributed. Thus, the interest income is included on this report.

**NOTE 24**
This account was opened with no deposit. It has not been used since it was opened. Therefore, there is no transaction code noted for when the account was opened and there is no year end value code noted. The account is deemed reportable because there are other reportable accounts at the same financial institution.

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544